UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CRIMINAL NO. |
| v. | : | |
| | : | UNDER SEAL |
| JOSE MARIA CORREDOR-IBAGUE, | : | |
| a/k/a "Boyaco" and "Chepe," | : | 21 U.S.C. §§ 963, 959 |
| | : | (Conspiracy to Distribute Cocaine |
| Defendant. | : | Intending and Knowing that the Cocaine |
| | : | will be Imported into the United States) |
| | : | |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |
| | : | |
| | : | 21 U.S.C. § 960a |
| | : | (Engaging in a Drug Trafficking Offense |
| | : | with the Knowledge and Intent to Provide |
| | : | Something of Pecuniary Value to a |
| | : | Terrorist Organization) |
| | : | |
| | : | 18 U.S.C. § 2339B(a)(1) |
| | : | (Conspiracy to Provide Material Support |
| | : | or Resources to a Foreign Terrorist |
| | : | Organization) |

## INFORMATION

The United States charges that:

### COUNT ONE

From on or about sometime in 2001, continuing thereafter up to on or about October 15, 2006, in the Republic of Colombia, Paraguay, Brazil, Suriname, Mexico, and elsewhere, the defendant, **JOSE MARIA CORREDOR-IBAGUE,** did knowingly and intentionally combine, conspire, confederate and agree with others, to manufacture and distribute five kilograms or more

1

of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that it would be unlawfully imported in the United States, in violation of Title 21, United States Code, Sections 963, 959, and 960.

      (In violation of Title 21, United States Code, Sections 963, 959 and 960, and Title 18, United States Code, Section 2).

## COUNT TWO

From on or about March 6, 2006, through October 15, 2009, in the Republic of Colombia and elsewhere, the defendant, **JOSE MARIA CORREDOR-IBAGUE, a/k/a "Boyaco" and "Chepe,"** did unlawfully engage and attempt to engage in conduct that would be punishable under Title 21, United States Codes, Section 841(a) if committed within the jurisdiction of the United States, that is, to knowingly and intentionally manufacture, distribute, and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine; knowing and intending to provide, directly and indirectly, anything of pecuniary value to any person or organization that has engaged and engages in terrorist activity and terrorism, having knowledge that the said person or organization has engaged and engages in terrorist activity and terrorism, in violation of Title 21, United States Code, Section 960a.

      (In violation of Title 21, United States Code, Section 960a).

## COUNT THREE

From on or about sometime in 2002, and continuing thereafter up to and including on or about October 15, 2006, in the Republic of Colombia, the defendant **JOSE MARIA CORREDOR-IBAGUE, a/k/a "Boyaco" and "Chepe,"** did knowingly combine, conspire, confederate and agree, with others, to provide material support and resources to a Foreign

Terrorist Organization, namely the Revolutionary Armed Forces of Colombia (*Fuerzas Armadas Revolucionarias de Colombia*, or "FARC"*)*.

(In violation of Title 18, United States Code, Section 2339B(a)(1)).

PAUL M. O'BRIEN, Chief
Narcotic and Dangerous Drug Section
U.S. Department of Justice

_____
Glenn C. Alexander
Robert J. Raymond
Larry Schneider
Trial Attorneys
Narcotic and Dangerous Drug Section
U.S. Department of Justice

_____
M. Jeffrey Beatrice
Anthony Asuncion
Lynn E. Haaland
Assistant United States Attorneys
David P. Cora, Trial Attorney
Counterterrorism Section
National Security Division