UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 09-CR-156 |
| v. | : | |
| JOSE CORREDOR IBAGUE | : | |
| Defendant. | : | |

NOTICE OF ENTRY OF APPEARANCE

The Clerk of this Court and all parties herein shall take Notice that undersigned counsel is entering an appearance as retained counsel for defendant Jose Corredor Ibague:

Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
190-515
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

Respectfully submitted,
*Robert Feitel*
_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was docketed on the ECF system for this case and a copy was also sent via email to NDDDS Trial Attorney Paul Laymon, 2 Constitution Square, N.W. Washington, D.C. 2000 this 7th day of December, 2021.

*Robert Feitel*
_____
Robert Feitel